IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| RAMON RIVERA-CRUZ, | ) | |
|---|---|---|
| Petitioner, | ) | Civil Action No. 13-135 Erie |
| | ) | |
| v. | ) | District Judge Nora Barry Fischer |
| | ) | Magistrate Judge Susan Paradise Baxter |
| BOBBY L. MEEKS, | ) | |
| Respondent. | ) | |

## MEMORANDUM ORDER

This action, filed pursuant to 28 U.S.C. § 2241, was referred to United States Magistrate Judge Susan Paradise Baxter for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Local Rules for Magistrate Judges. On September 24, 2013, the Magistrate Judge issued a Report and Recommendation [ECF No. 8] in which she recommended that the petition be summarily dismissed. Objections were due by November 8, 2013. Petitioner did not file any. Accordingly, after *de novo* review of the documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 18th day of November, 2013;

IT IS HEREBY ORDERED that the petition for a writ of habeas corpus is summarily DISMISSED. The Report and Recommendation [ECF No. 8] of Magistrate Judge Baxter, filed on September 24, 2013, is adopted as the opinion of the Court. The Clerk is directed to mark the case closed.

s/Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc: Ramon Rivera-Cruz
35595-019
FCI McKean
P.O. Box 8000
Bradford, PA 16701